IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GAIL MALONE in her capacity as guardian )
ad litem of K.P.M., a minor individual; and )
K.M.M., a minor individual, )
                                       )
        Plaintiff, )
                                       )     Civil No. 06-1629-AS
     v. )
                                       )     O R D E R
MELODIE ANDERSON MALONE, et al., )
                                       )
        Defendants. )
_____ )

      Eric K. Helmy
      The Helmy Law Firm, P.C.
      222 S.W. Columbia Street, Suite 1600
      Portland, Oregon  97201

           Attorney for Plaintiff

      Truman A. Stone
      Brown Tarlow Bridges & Palmer, P.C.
      515 East First Street
      Newberg, Oregon  97132

Page 1 - ORDER

Beth A. Cupani
David D. VanSpeybroeck
Bullivant Houser Bailey, P.C.
300 Pioneer Tower
888 S.W. Fifth Avenue
Portland, Oregon  97204

      Attorneys for Defendants

KING, Judge:

The Honorable Donald Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on February 20, 2007.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Ashmanskas' Findings and Recommendation (#30).

IT IS HEREBY ORDERED that Plaintiff's Motion for Remand (#14) is granted.  This action is remanded to the Circuit Court of the State of Oregon for Yamhill County.

DATED this ___13th___ day of March, 2007.

    /s/ Garr M. King_____
        GARR M. KING
     United States District Judge

Page 2 - ORDER